1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10   STEWART TITLE GUARANTY COMPANY, a  )Case No.: 2:09-CV-00766 JAM-KJM
     Texas Corporation,                 )
11                                       )
                       Plaintiff,        )
12                                       )       RELATED CASE ORDER
          v.                             )
13                                       )
     BANK OF SACRAMENTO, a California    )
14   Corporation,                        )
                                         )
15                     Defendant.        )
                                         )
16   BANK OF SACRAMENTO, a California    )
     Corporation,                        )Case No.: 2:09-CV-00771 LKK-DAD
17                     Plaintiff,        )
                                         )
18        v.                             )
                                         )
19   STEWART TITLE GUARANTY COMPANY, a   )
     Texas Corporation,                  )
20                                       )
                       Defendant.        )
21                                       )

22        Examination of the above-entitled actions reveals that

23   these actions are related within the meaning of Local Rule 83-123

24   (E.D. Cal. 2005). Accordingly, the assignment of the matters to the

25   same judge and magistrate judge is likely to affect a substantial

26   savings of judicial effort and is also likely to be convenient for

27   the parties.

28        The parties should be aware that relating the cases under

                                   1

Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. 2:09-CV-00771-LKK-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV. NO. 2:09-CV-00771-JAM-KJM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.


IT IS SO ORDERED.

Dated:  March 23, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE