**BOUTIN GIBSON DI GIUSTO HODELL INC.**
ROBERT D. SWANSON, SBN 162816
MICHAEL E. CHASE, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone (916) 321-4444
Facsimile (916) 441-7597

**LAW OFFICES OF ANDRÉ HASSID**
ANDRÉ HASSID, SBN 66145
670 Augusta Drive
Moraga, California 94556
Telephone (925) 247-0050
Facsimile (925) 871-4067

Attorneys for Bank of Sacramento

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF SACRAMENTO,<br><br>  Defendant. | Case No.: 2:09-cv-00766 JAM KJM<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT AND CONDUCT RULE 26(f) CONFERENCE**<br><br>**Judge:** Hon. John A. Mendez<br>**Courtroom: 6** |

Good cause appearing, this Court's Order Requiring Joint Status Report filed March 19, 2009, is hereby modified as follows:

The deadline in paragraph 4 of the Order for the parties to confer as required by Fed. R. Civ. P. 26(f) and to submit to the Court a joint status report that includes the Rule 26(f) discovery plan is extended through and until two (2) weeks after the Court's Orders on the pending Motions to Stay in this and the related action, *Bank of Sacramento v. Stewart Title Guaranty Co.*, Case No. 2:09-cv-00771 JAM KJM, and the pending Motion to Dismiss in the related action.

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED: |
| 3 | Dated:  May 18, 2009                                          /s/ John A. Mendez |
| | Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com