1  BOUTIN GIBSON DI GIUSTO HODELL INC.
   ROBERT D. SWANSON, SBN 162816
2  MICHAEL E. CHASE, SBN 214506
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   Telephone No. (916) 321-4444
4  Facsimile No. (916) 441-7597

5  LAW OFFICES OF ANDRÉ HASSID
   ANDRÉ HASSID, SBN 66145
6  670 Augusta Drive
   Moraga, California 94556
7  Telephone No. (925) 247-0050
   Facsimile No. (925) 871-4067

8
   Attorneys for Bank of Sacramento
9

10             UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12

13  STEWART TITLE GUARANTY COMPANY, )   Case No.:  2:09-cv-00766 JAM KJM
    a Texas corporation,                            )
14                                                   )   **ORDER ON BANK OF SACRAMENTO'S**
                            Plaintiff,               )   **MOTIONS TO STAY AND STEWART**
15                                                   )   **TITLE GUARANTY COMPANY'S**
          vs.                                        )   **MOTION TO DISMISS**
16                                                   )
    BANK OF SACRAMENTO,                              )
17                                                   )
                            Defendant.               )
18  _____ )
                                                     )
19  BANK OF SACRAMENTO, a California        )   Case No.:  2:09-cv-00771 JAM KJM
    corporation,                                     )
20                                                   )   Date:        May 20, 2009
                            Plaintiff,               )   Time:        9:00 a.m.
21                                                   )   Judge:       Hon. John A. Mendez
          vs.                                        )   Courtroom:  6
22                                                   )
    STEWART TITLE GUARANTY COMPANY, )
23  a Texas corporation,                            )
                                                     )
24                          Defendant.               )
    _____ )
25

26         Bank of Sacramento's Motion to Stay filed in Case No. 2:09-cv-00766 JAM KJM, Bank of

27  Sacramento's Motion to Stay filed in Case No. 2:09-cv-00771 JAM KJM, and Stewart Title

28  Guaranty Company's motion to dismiss filed in Case No. 2:09-cv-00771 JAM KJM all came on for

                                              1

PDF created with pdfFactory trial version www.pdffactory.com

1    hearing on May 20, 2009, at 9:00 a.m. in this Court. Counsel for Bank of Sacramento and for

2    Stewart Title Guaranty Company were in attendance and presented oral arguments on the Motions to

3    Stay.  Having considered the parties' papers filed in support of and in opposition to the motions, oral

4    argument, and other pleadings and papers on file herein, the Court hereby **GRANTS** Bank of

5    Sacramento's Motions to Stay for the reasons stated by the Court on the record at the hearing.

6         **IT IS THEREFORE ORDERED** that Bank of Sacramento's Motions to Stay these actions

7    is **GRANTED**, and these actions are hereby stayed until final resolution of *Andrews Dixon, LLC v.*

8    *Bank of Sacramento et al.*, Solano County Superior Court Case No. FCS030940.

9         **IT IS FURTHER ORDERED** that the Court does not reach Stewart Title Guaranty

10   Company's Motion to Dismiss filed in Case No. 2:09-cv-00771 JAM KJM.  Stewart may renew its

11   Motion after expiration of the stay.

12   **IT IS SO ORDERED**.

13

14   Dated:  June 5, 2009                                     /s/ John A. Mendez_____
                                                              The Honorable John A. Mendez
15                                                            UNITED STATES DISTRICT JUDGE

16   Approved as to form:

17   SIDLEY AUSTIN LLP

18

19   By:   _/s/ Nicole M. Ryan_____
            Nicole M. Ryan
20          Attorneys for Stewart Title Guaranty Company

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON BANK OF SACRAMENTO'S MOTIONS TO STAY AND STEWART TITLE
GUARANTY COMPANY'S MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com